ARRAHAM BROOKBANK, plaintiff in error, v. JOSEPH
SMITH, defendant in error.

*Error to Bureau.*

The statute requiring the parties to produce, on a trial before a justice of the peace,
all their claims not exceeding the jurisdiction of the justice, precludes the plain-
tiff from exhibiting other and different claims, in the Circuit Court on appeal,
than those produced and relied on before the justice.

An exception cannot be taken to the opinion of the Circuit Court in granting a
motion for a new trial; it is only to a decision overruling and refusing such a
motion, that an exception can be taken.

ON the 16th of March, 1838, the plaintiff commenced a suit
against the defendant, before a justice of the peace of Bureau
county, who rendered a judgment against the plaintiff for $ 7,50
and costs of suit. The plaintiff appealed to the Circuit Court,
and filed a new bill of particulars, embracing the account filed
before the justice, together with additional items amounting to
$ 21,45. The Court, on motion of the defendant's counsel, re-
jected all of the additional items ; and at the June term, 1838,
the Hon. Dan Stone presiding, a judgment for $ 1,25, in fa-
vor of the plaintiff, was rendered, a new trial granted, and the
cause continued. At the March term, 1839, the Hon. Thomas
Ford presiding, the cause was again tried. On this trial, the
plaintiff offered evidence to prove all the items of his bill of par-
ticulars as originally filed in the Circuit Court, which evidence the
Court rejected, and gave judgment for the defendant for six cents.

The plaintiff excepted to the opinion of the Court, and brought
the cause to this Court by writ of error, and assigned for error
both of the decisions of the Court below.

O. PETERS, for the plaintiff in error, cited McKinney v.
Finch, 1 Scam. 152 ; Thompson *et al. v.* Hatch, 3 Pick. 512 –
16 ; Howe's Pract. 1, 2 ; and contended that a bill of particulars
is always amendable, where the amendment will further the ends of
justice. 4 Cowen 503.

N. H. PURPLE, for the defendant in error.

SMITH, Justice, delivered the opinion of the Court :
We have no doubt that the Circuit Court decided correctly in
rejecting the evidence offered under the additional bill of particu-
lars filed in the Circuit Court.

The statute requiring the parties to produce, on the trial before
the justice, all their claims, certainly precluded the plaintiff exhib-
iting other and different claims, in the Circuit Court, than those
produced and relied on at the trial before the justice.

The error said to arise from granting a new trial, cannot be as-

signed for error, not merely because the exception was not made at the term at which it was granted, but because it could, at no time, be cause of error, according to the principles of the common law, or the practice of the courts.

The statute allowing exceptions to the decisions of the Circuit Court, on grounds heretofore decided not to be reviewable in this Court, because the Circuit Court had, in those cases, only exercised a legal discretion, does not embrace the present case. It is only for overruling and refusing applications for new trials, that exceptions are allowed, and made causes which may be assigned for error in this Court, not for granting them. The judgment of the Circuit Court is affirmed with costs.

*Judgment affirmed.*